**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS DOMINGUEZ-MORALES,<br>Petitioner,<br>v.<br>WARDEN JEREMY CASEY,<br>Respondent. | Case No.: 26cv4694 DMS (AHG)<br><br>**ORDER (1) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND (2) REQUIRING RESPONSE** |

On August 14, 2026, Petitioner filed a Petition for Writ of Habeas Corpus, along with a motion to proceed in forma pauperis.

In the motion to proceed in forma pauperis, Petitioner attests he has no means to pay the $5.00 filing fee. Accordingly, the Court **GRANTS** Petitioner's application to proceed in forma pauperis. The Clerk shall file the Petition for a Writ of Habeas Corpus without prepayment of the filing fee.

Respondents are hereby ordered to show cause why the Petition should not be granted by filing a written response no later than **August 26, 2026**. Petitioner may file a reply no later than **August 31, 2026**.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents

**MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

Furthermore, the Court appreciates the nature and urgency of every individual habeas petition, but asks the parties to refrain from filing additional documents after the requested briefing has been submitted unless there is a valid emergency, e.g., Petitioner is at risk of imminent removal from the country or some other emergency circumstance. The Court is dealing with unprecedented numbers of habeas petitions and will issue its decision as soon as possible.

**IT IS SO ORDERED.**

Dated: August 19, 2026

Hon. Dana M. Sabraw
United States District Judge